David G. Geffen (SBN 129342)
DAVID GEFFEN LAW FIRM
530 Wilshire Blvd., Suite 205
Santa Monica, CA 90401
Telephone: (310) 434-1111 Fax: (310) 434-1115

Lesley B. Harris (SBN 124248)
LAW OFFICE OF LESLEY HARRIS
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502; Fax: (831) 426-0159
lesleyharrisesq@gmail.com

Attorneys for Plaintiff
PETER POULLOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER POULLOS<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SANTA CRUZ SEASIDE COMPANY, a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | No. CV 11 3982 PSG<br><br>[PROPOSED]<br>**ORDER DESIGNATING STATUS OF RELATED CASE** |

　　Plaintiff POULLOS brings this Administrative Motion to Designate this case related to a case filed earlier in this Court entitled *Panos vs. Santa Cruz Seaside Company, et a,* Case No. CV 11 3769 PSG.

　　After reviewing the motion, the memoranda of points and authorities in support, and the Complaints filed in the two actions, the Court finds as follows:

　　i.　　The actions allege similar facts and occurrences arising out of the denial of access to disabled persons,

-1-

1       ii.    The actions are against the same defendant, Santa Cruz Seaside Company,

2       iii.    The actions allege facts occurring at the same location, Santa Cruz Beach Boardwalk,

3 and

4       iv.    The actions present a likelihood of duplicative work and expense, and the potential for

5 conflicting outcomes, if conducted before different Judges.

6     Accordingly, pursuant to ND Cal Civil Local Rule 3-12, and good cause appearing therefore,

7 the motion to relate the two cases (*Panos vs. Santa Cruz Seaside Company, et al.*, Case No. CV 11

8 3769 PSG and *Poullos v. Santa Cruz Seaside Company, et al.* Case No. CV 11 3982 PSG) is

9 GRANTED.

10     IT IS SO ORDERED.

11

12

13 Dated: 9/22/2011                  *[signature]*

                                        HON. PAUL S. GREWAL
                                        UNITED STATES MAGISTRATE JUDGE

-2-

ORDER DESIGNATING STATUS OF RELATED CASE
Case No. **CV 11 3982 PSG**

**PROOF OF SERVICE**

**CASE NAME:** Poullos v. Seaside Santa Cruz Company, a California Corporation, et al.
**COURT:** United States District Court, Northern District of California, San Jose Div.
**CASE NO.:** 5:11 CV 03982 PSG

    I, the undersigned, certify that I am employed in the City and County of Santa Cruz, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is 55 River Street, Suite 100, Santa Cruz, CA 95060. On this date, I served the following document(s):

- [PROPOSED] ORDER DESIGNATING STATUS OF RELATED CASE

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

____: By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Santa Cruz, California, for mailing to the office of the addressee following ordinary business practices.

____: By Personal Service — I caused each such envelope to be given by Lesley Harris to counsel for each defendant at the Plaintiff's deposition on June 18, 2009.

_X_: By Electronic Filing and Notice — via www.cand.uscourts.gov, ECF (electronic case filing)

____: By Facsimile — From facsimile number 831-426-4580 at 10:45 A.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and the machine reported no error. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

Addressee(s)

**Counsel for Defendant**
Stephen Newton
Newton Remmel
1451 Grant Road
P.O. Box 1059
Mountain View, CA 94042

T: 650-903-0500
F: 650-967-5800

I declare under penalty of perjury that the foregoing is true and correct. Executed on SEPTEMBER _15_, 2011 at Santa Cruz, California.

_____
Jed Thompson

PROOF OF SERVICE
5:11 CV 03982 PSG